**Order filed February 12, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00577-CV
_____

**TIEN SHAN, INC AND ALPER KARAALI, Appellants**

**V.**

**PETROLEUM WHOLESALE, L.P., Appellee**

---

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2007-46858**

---

## ORDER

On January 15, 2013, this court reinstated this appeal after the bankruptcy actions filed by both appellants had been dismissed. Appellant Alper Karaali has appeared *pro se* in this appeal. We ordered that unless counsel made an appearance on behalf of Tien Shan, Inc., the corporate appellant, on or before January 28, 2013, the court would dismiss the corporation's appeal.

On January 29, 2013, appellant Alper Karaali filed a *pro se* brief. Counsel has not made an appearance on behalf of Tien Shan, Inc. A corporation is required to be represented by a licensed attorney on appeal. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp., U.S.A.,* 937 S.W.2d 455, 456 (Tex. 1996).

Accordingly, we order the appeal on behalf of the corporation, Tien Shan, Inc. **DISMISSED.** Alper Karaali's appeal remains pending before the court.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Boyce and Donovan.